IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENO LEWIS HAWKINS, SR.,

    Petitioner,

v.                                                                       4:16cv660–WS/EMT

JULIE L. JONES,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 32) docketed December 11, 2017. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus (doc. 6) be dismissed. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 32) is hereby

ADOPTED and incorporated by reference into this order.

    2. The petitioner's amended petition for writ of habeas corpus (doc. 6) is DISMISSED. To the extent the petitioner challenges his conviction for introduction of contraband in *State v. Hawkins*, Escambia County, Florida, Circuit Court Case No. 2008–CF–656, the amended petition is dismissed for lack of jurisdiction. To the extent the petitioner challenges his conviction for sexual battery in *State v. Hawkins*, Escambia County, Florida, Circuit Court Case No. 2008–CF–656, the amended petition is dismissed as time-barred.[1]

    3. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is DISMISSED."

    4. A certificate of appealability is DENIED.

    DONE AND ORDERED this ___17th___ day of ___January___, 2018.

                  s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Even *if* the case were not subject to dismissal as time-barred, the petitioner's challenge to his sexual battery conviction would be denied on the merits for the reasons stated by the magistrate judge.