UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GENO LEWIS HAWKINS SR.,

    Petitioner,

v.                                                              4:16cv660–WS/EMT

JULIE L. JONES,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 44) docketed May 8, 2018. The magistrate judge recommends that Plaintiff's "Motion for Re-Enstatement [sic] of Our Case—Stipulated" (doc. 42) and "Motion Re-Enstate [sic] Courtesy" (doc. 43) be denied. Judgment of dismissal having been entered on January 18, 2018, the magistrate judge construed the motions as motions for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure.

In response to the magistrate judge's report and recommendation, Petitioner

has filed a document entitled "Motion—Re-Enstatement [sic] of Our Case" (doc. 47), a document that—in essence—repeats the arguments made by Petitioner in the motions (docs. 42 & 43) considered by the magistrate judge. Having reviewed this document as an objection to the report and recommendation, the undersigned finds that Petitioner's "objection" lacks merit. The court agrees with, and will therefore adopt, the magistrate judge's report and recommendation.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 44) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's "Motion for Re-Enstatement [sic] of Our Case—Stipulated" (doc. 42) and "Motion Re-Enstate [sic] Courtesy" (doc. 43) are DENIED.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this   11th   day of   June  , 2018.

                                              s/ William Stafford
                                              WILLIAM STAFFORD
                                              SENIOR UNITED STATES DISTRICT JUDGE